USCA1 Opinion

 

 [NOT FOR PUBLICATION--NOT TO BE CITED AS PRECEDENT] United States Court of Appeals For the First CircuitNo. 98-1093 UNITED STATES, Appellee, v. DANIEL D. TAVARES, Defendant, Appellant. APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. William G. Young, U.S. District Judge] Before Selya, Circuit Judge, Campbell, Senior Circuit Judge, and Lynch, Circuit Judge.   Daniel D. Tavares on brief pro se. Donald K. Stern, United States Attorney, and Michael J.Pelgro, Assistant U.S. Attorney, on Motion for Summary Disposition.SEPTEMBER 28, 1998     Per Curiam. After careful review of the record, we agree that the district court properly dismissed appellant's Rule 35 motion as "utterly frivolous." Accordingly, the district court's order is affirmed. Appellant's motion to dismiss this appeal and motion to withdraw his motion to dismiss are moot.